**FILING FEE PAID**  Yes (circled)  No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Croyle** _____ JAD/TPA/CMB/**GLT** (circled)

Case Number: **20-21126**

Date of Meeting: **5/28/20**     Recording # _____
Debtor(s) present ✓ or Not Present _____ ( ___ No Payments Made or ___ partial payments)
Attorney for debtor(s) **Thompson** (Present ✓ or Not Present ___)
Date of Plan at § 341: **4/24/20**  Applicable commitment period ✓ 3 yrs ___ 5 yrs

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD            _____ Order to Show Cause Requested
                                _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
   _____ 341 Meeting   OR   ✓ Conciliation Conf. OR  *Contested Hearing
   On **8/6/20** at **11:30** am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee

*Handwritten notes in margin:* 2019 return not yet filed. Asked for copy when filed & for payment ... date