Case 20-21126-GLT    Doc 41    Filed 08/11/20    Entered 08/11/20 12:24:56    Desc Main
Document    Page 1 of 1

FILED
8/11/20 11:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** WADE R. CROYLE
- **Case Number:** 20-21126-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, AUGUST 06, 2020 11:30 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#24 - Continued Confirmation of Plan Dated 4/24/2020 (N)
R / M #: 24 / 0

### Appearances:

- **Debtor:** Lenox
- **Trustee:** Winnecour / Pail / **Katz** / DeSimone
- **Creditor:**

*Handwritten note: NO payments made to date. Debtor back to work. Counsel says check in the mail.*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to __10/22/20__ at __1:30 pm__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/31/2020  11:40:29 AM