**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/10/20 3:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re:  Wade R. Croyle, | : | Bankruptcy Case No.: 20-21126-GLT |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Wade R. Croyle, | : | Document No.: |
| Movant, | : | Related to Document No.:  45 |
| v. | : | |
| Majestic Marketing, | : | |
| Respondent. | : | |

## ORDER OF COURT

AND NOW, this __10th__ day of __September__, 2020, upon the foregoing Amended Motion to Terminate Order to Pay Trustee Pursuant to Wage Attachment with Majestic Marketing, it is hereby ORDERED, that said Amended Motion is granted and Debtor's Wage Attachment as to Majestic Marketing is terminated.

Dated: 9/10/20
cm: Debtor

_____
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 20-21126-GLT
Wade R. Croyle                                                        Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: culy         Page 1 of 1          Date Rcvd: Sep 10, 2020
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db             +Wade R. Croyle,    2380 Delo Drive,    Gibsonia, PA 15044-9100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
      Brian C. Thompson    on behalf of Debtor Wade R. Croyle bthompson@ThompsonAttorney.com,
       blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com
      James Warmbrodt    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
       bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor   Township of Hampton & Hampton Township School District
       jhunt@grblaw.com,   cnoroski@grblaw.com
      Jeffrey R. Hunt    on behalf of Creditor   Township of Hampton jhunt@grblaw.com,
       cnoroski@grblaw.com
      Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
      Lauren Michaels    on behalf of Creditor   Office of Attorney General, Department of Revenue
       lmichaels@attorneygeneral.gov
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                             TOTAL: 9