# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy No.  20-21126-GLT |
| WADE R. CROYLE | ) |
| | ) Chapter 13 |
| Debtor, | ) |
| | ) Related to Dkt. No. 61 and 62 |
| UNITED STATES OF AMERICA, | ) |
| INTERNAL REVENUE SERVICE, | ) **Hearing Date:**  10/20/21 at 9:30 AM |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| WADE R. CROYLE | ) |
| | ) |
| Respondent. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th of September 2021, a true and correct copy of the within Consent Motion to Deem the IRS Proof of Claim Timely Filed and Order of Court was served by first class mail, postage pre-paid, and/or electronic mail to and upon the following:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
Email: bthompson@ThompsonAttorney.com

**Wade R. Croyle**
2380 Delo Drive
Gibsonia, PA 15044

*/s Jill Locnikar*
JILL LOCNIKAR
Assistant United States Attorney

1