**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Wade R. Croyle, | : | Bankruptcy Case No.: 20-21126-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Wade R. Croyle, | : | |
| | : | Document No.: 82 |
| Movant, | : | |
| | : | Related to Document No.: 81 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | September 8, 2022 at 10:00 a.m. |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Maya Rowe, Paralegal, hereby certify that a copy of the Amended Chapter 13 Plan Dated July 27, 2022 at Document No. 81 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on July 27, 2022 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated:  July 28, 2022           /s/Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com