FILED
11/2/22 3:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 20-21126-GLT |
| | ) | |
| Wade R. Croyle, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 89 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | November 30, 2022, at 10:00 a.m. |
| | ) | |
| No Respondent. | ) | |

**ORDER OF COURT**

AND NOW, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$8,275.50** for services rendered on behalf of the Debtor for the period between March 27, 2020 through October 11, 2022, which represents $8,250.00 in attorney fees and $25.50 in costs.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Prepared by:   Brian Thompson, Esq.

**DEFAULT ENTRY**

Dated: November 02, 2022

_____
Gregory  Taddonio    hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21126-GLT |
| Wade R. Croyle | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2022:**

**Recip ID    Recipient Name and Address**
db        + Wade R. Croyle, 2380 Delo Drive, Gibsonia, PA 15044-9100

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2022 at the address(es) listed below:

**Name**                **Email Address**

Brian Nicholas
                    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bnicholas@kmllawgroup.com

Brian C. Thompson
                    on behalf of Debtor Wade R. Croyle bthompson@ThompsonAttorney.com
                    blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Jeffrey Hunt
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
                    on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com

Jeffrey R. Hunt
                    on behalf of Creditor Township of Hampton jhunt@grblaw.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 02, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 11