# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Wade R. Croyle, | : | Bankruptcy Case No.: 20-21126-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Wade R. Croyle, | : | |
| | : | Document No.: 101 |
| Movant, | : | |
| | : | Related to Document No.: 100 |
| v. | : | |
| | : | |
| Caremark, LLC., | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on December 8, 2022, via first class mail postage prepaid:

**Caremark, LLC**
**ATTN: Payroll Department**
**1 CVS Drive**
**Woonsocket, RI 02895**

Executed on:  December 8, 2022

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor