Case 20-21126-GLT    Doc 105    Filed 03/09/23    Entered 03/09/23 12:44:51    Desc Main
Document    Page 1 of 1

FILED
3/9/23 12:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-21126-GLT |
| | : | Chapter: | 13 |
| Wade R. Croyle | : | | |
| | : | | |
| | : | Date: | 3/8/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #81 - Contested Confirmation of Plan Dated 7/27/2023 [NFC]

   # 104 - Objection filed by the Ch.13 Trustee

   [# 103 Conciliation hearing held. Contested Confirmation Hearing requested -. From 2/23/2023 conciliation conference. Sale plan - no realtor appointed, only 25 months remaining in plan]

**APPEARANCES:**
   Debtor:     Brent Lemon
   Trustee:    Owen Katz

**NOTES:**   [10:27]

Katz: No reason to believe that a sale is happening (since March 2022). No broker has been engaged. Oral motion to convert.

Lemon: Debtor is experiencing health problems. Is not moving forward with the sale. Would prefer dismissal over conversion.

**OUTCOME:**

1) For the reasons stated on the record, the Court shall schedule a hearing to address the chapter 13 trustee's oral motion to convert. Further, the *Contested Confirmation of Plan* [Dkt. No. 81] is continued to that same date. [HT to schedule hearing].

**DATED:**  3/8/2023