IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Wade R. Croyle | : | Case No. 20-21126-GLT |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| Ronda J. Winnecour, Trustee | : | |
| Movant(s) | : | Related to Document 106 |
| | : | Hearing: 5/9/23 at 9:00 a.m. |
| vs. | : | |
| | : | |
| Wade R. Croyle | : | |
| | : | |
| Respondent(s) | : | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S ORAL MOTION TO CONVERT CHAPTER 13 BANKRUPTCY CASE TO CHAPTER 7

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on March 9, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than March 28, 2023.

3/29/2023

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com