**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)**

_____
|                                                    : |
| Wade R. Croyle | : **CHAPTER 7** |
| | : **CASE NO: 20-21126-GLT** |
| | : |
| Debtor, | : **11** _U.S.C._ **§ 362(d)** |
| | : |
| -------------------------------------------------- | : |
| US Bank Trust National Association, not | : |
| in its Individual Capacity But Solely as | : |
| Owner Trustee for VRMTG Asset Trust | : Date and Time of Hearing: |
| | : June 22, 2023 at 10:00 a.m. |
| Movant | : |
| v. | : |
| | : |
| Wade R. Croyle | : Responses Due:  June 3, 2023 |
| Debtor | : |
| and | : |
| | : |
| Rosemary C. Crawford, Esq. | : |
| Trustee | : |
| | : |
| Respondents | : |
_____   :

**CERTIFICATE OF SERVICE OF MOTION OF US BANK TRUST NATIONAL
ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER
TRUSTEE FOR VRMTG ASSET TRUST FOR RELIEF FROM THE AUTOMATIC
STAY UNDER SECTION 362 AND NOTICE OF HEARING AND RESPONSE
DEADLINE**

I, Brian E. Caine, Esq. certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below on May 17, 2023:

**SERVICE BY Notice of Electronic Filing:**

Brian C. Thompson, Esq.
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086
_(bthompson@ThompsonAttorney.com)_

*U.S. Trustee*
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
*(ustpregion03.pi.ecf@usdoj.gov)*

Rosemary C. Crawford, Esq.
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
(*crawfordmcdonald@aol.com*)


**SERVICE BY First-Class Mail:**

Wade R. Croyle
2380 Delo Drive
Gibsonia, PA 15044
**DEBTOR**


EXECUTED ON: May 17, 2023

**/s/Brian E. Caine, Esq.**
Brian E. Caine, Esq., PA Bar No. 86057
PARKER McCAY P.A.
A*ttorney for Movant, US Bank Trust National
Association, not in its Individual Capacity
but Solely as Owner Trustee for VRMTG Asset Trust*
9000 Midlantic Drive, Suite 300
Mount Laurel, New Jersey  08054
(phone) (856) 985-4059
(fax) (856) 596-3427
bcaine@parkermccay.com