IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>WADE R. CROYLE,<br>  **Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL,<br>  **Movant**<br><br>v.<br><br>WADE R. CROYLE,<br>  **Respondent(s)**<br><br>ROSEMARY C. CRAWFORD,<br>  **Trustee** | Bankruptcy No. 20-21126-GLT<br><br>Chapter 7<br> Previous Chapter 13<br><br><br>Related To Document No. 134 and 135<br><br><br>**Response Deadline:  6/5/23**<br><br>**Hearing Date:  6/22/23 at 10:30 AM** |

## CERTIFICATE OF SERVICE

 I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on May 19, 2023, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| Wade R. Croyle<br>2380 Delo Drive<br>Gibsonia, PA 15044<br>(Debtor) | Brian C. Thompson, Esq.<br>Thompson Law Group, P.C.<br>125 Warrendale-Bayne Road<br>Suite 200<br>Warrendale, PA 15086<br>(Attorney For Debtor) |
| Rosemary C. Crawford<br>Crawford McDonald, LLC<br>PO Box 355<br>Allison Park, PA 15101<br>(Trustee) | Office of the United States Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222<br>(U.S. Trustee) |

I certify under penalty of perjury that the foregoing is true and correct.

             /s/ William E. Craig
             William E. Craig, Esquire
             Bar ID# 92329
             Morton & Craig LLC
             110 Marter Avenue, Suite 301
             Moorestown, NJ 08057
             (856) 866-0100
             bcraig@mortoncraig.com