IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| CROYLE, WADE R. ) | Case No. **20-21126-GLT** |
| ) | |
| Debtor, ) | Chapter 7 |
| ) | |
| Rosemary C. Crawford, ) | Doc. No. |
| ) | Hearing Date: 8/11/2023@10:30a.m. |
| Trustee Applicant, ) | Related Docs: 149, 150 |
| No Respondent. ) | |

*Certificate of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Application to Employ Broker ("Application") filed on 6/22/23 at Docket No. 149 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing at Docket No.150, objections to the Application were to be filed and served no later than July 10, 2023.   It is hereby respectfully requested that the Order approving the Application be entered by the Court.

                                                  Respectfully submitted,
                                                  /s/Rosemary C. Crawford
                                                  Rosemary C. Crawford, Trustee
                                                  Crawford McDonald, LLC
                                                  P.O. Box 355
                                                  Allison Park, PA 15101
                                                  Pa. I.D. No. 56981
                                                  (724) 443-4757
                                                  crawfordmcdonald@aol.com

Dated:  July 27, 2023

Trustee Croyle CNO broker