FILED
8/17/23 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 20-21126-GLT |
| | : | Chapter: | 7 |
| Wade R. Croyle | : | | |
| | : | | |
| | : | Date: | 8/17/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   # 153 Motion to Sell Property Free and Clear of Liens under Section 363(f). Re: Real Estate. Receipt Number RPP [Response due 7/28/23]
# 165 - Proof of Publication in the Pittsburgh Legal Journal on July 20, 2023 and in the Pittsburgh Post-Gazette on July 13, 2023

**APPEARANCES:**

Trustee:    Rosemary C. Crawford
Bidders    Faye Ventura, Jonathon Peters

**NOTES:**    [10:30]

Crawford: Offer from Faye Ventura and Jonathon Peters for $450,000. Notice and advertisement date July 13 and July 20. Published on Easi on July 11. $10,000 deposit. No contingencies, ready to proceed to closing if approved. Property not currently vacant. Debtor has been cooperative.

*Property is exposed for sale. $450,000 is highest and best offer.*

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges and/or Encumbrances* [Dkt. No. 153] is GRANTED. [HT to enter proposed order at dkt. no. 153].

**DATED:**   8/17/2023