**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| WADE R. CROYLE | Case No.:20-21126 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/27/2020 and confirmed on 10/26/2020 . The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 84,853.55 |
| Less Refunds to Debtor | 8,727.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,126.41 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 5,038.19 | |
| Trustee Fee | 3,353.42 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,391.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 0.00 | 57,631.31 | 0.00 | 57,631.31 |
| Acct: 1740 | | | | |
| NEW REZ LLC D/B/A SHELLPOINT MORTG | 47,828.20 | 3,947.35 | 0.00 | 3,947.35 |
| Acct: 1740 | | | | |
| HAMPTON TOWNSHIP (R/E TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0103 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,752.07 | 355.22 | 375.65 | 730.87 |
| Acct: 2328 | | | | |
| HAMPTON TOWNSHIP (STRM WTR) | 115.00 | 11.03 | 32.64 | 43.67 |
| Acct: C103 | | | | |
| HAMPTON TOWNSHIP (STRM WTR) | 9.20 | 0.00 | 0.00 | 0.00 |
| Acct: C103 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 6,298.58 | 3,678.53 | 588.45 | 4,266.98 |
| Acct: 6573 | | | | |
| | | | | 66,620.18 |
| Priority | | | | |
| BRIAN C THOMPSON ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | WADE R. CROYLE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WADE R. CROYLE | 2,265.64 | 2,265.64 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WADE R. CROYLE | 1,292.30 | 1,292.30 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WADE R. CROYLE | 1,938.45 | 1,938.45 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WADE R. CROYLE | 1,292.30 | 1,292.30 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WADE R. CROYLE | 1,292.30 | 1,292.30 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WADE R. CROYLE | 646.15 | 646.15 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC(*) | 3,250.00 | 3,250.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THOMPSON LAW GROUP PC(*) | 4,275.50 | 1,788.19 | 0.00 | 0.00 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXX1/22 | | | | |
| | THOMPSON LAW GROUP PC(*) | 3,224.50 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PA DEPARTMENT OF REVENUE* | 5,370.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 2328 | | | | |
| | HAMPTON TOWNSHIP SD & HAMPTON TV | 1,057.47 | 0.00 | 0.00 | 0.00 |
| | Acct: 2328 | | | | |
| | INTERNAL REVENUE SERVICE* | 94,974.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 2328 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 1,114.62 | 0.00 | 1,114.62 |
| | Acct: 2912 | | | | |
| | | | | | 1,114.62 |
| Unsecured | | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC. | 4,168.39 | 0.00 | 0.00 | 0.00 |
| | Acct: 4087 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 630.06 | 0.00 | 0.00 | 0.00 |
| | Acct: 2971 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 610.11 | 0.00 | 0.00 | 0.00 |
| | Acct: 2061 | | | | |
| | PA DEPARTMENT OF REVENUE* | 9,624.41 | 0.00 | 0.00 | 0.00 |
| | Acct: 2328 | | | | |
| | INTERNAL REVENUE SERVICE* | 50,401.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 2328 | | | | |
| | BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | NEW PENN FINANCIAL LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | | | | 67,734.80 |

TOTAL CLAIMED
PRIORITY           101,402.96
SECURED             57,003.05
UNSECURED           65.434.86

Date: 10/05/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com