**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

| | | |
|---|---|---|
| In re: | | |
| WADE R. CROYLE, | § | Case No. 20-21126-GLT |
| Debtor, | § | Chapter 7 |
| | § | |
| ROSEMARY CRAWFORD, | § | |
| Trustee | § | |
| | § | |
| NO RESPONDENTS. | § | |
| | § | |

---

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Rosemary Crawford</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A video conference hearing will be held on May 9, 2024, at 10:30a.m. before Judge Gregory L. Taddonio. Effective September 1, 2021, and consistent with Judge Taddonio's General Procedures, Revised August 1, 2021 (located at http://www.pawb.uscourts.gov/procedures-2), all hearings will be held on a transitional, hybrid in-person/remote basis pending further Court order. All parties are welcome to attend hearings in person, subject to prevailing court guidelines re: the use of masks
and other remediation measures that may be in effect. All parties participating remotely must register by submitting a registration form via the link published on Judge Taddonio's website by no later than 4 p.m. on the business day prior to the scheduled hearing, at which time the registration portal will close. Registration is open at least sixty (60) days before a scheduled hearing. As these changes are transitional, they are subject to modification as health conditions continue to develop. Please continue to regularly monitor the Court's website for updates.

**UST Form 101-7-NFR (10/1/2010)**

    Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date Mailed: <u>03/19/2024</u>　　　　　　　　　By: /s/ Rosemary C. crawford
　　　　　　　　　　　　　　　　　　　　　　　　　Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA 15101
(724) 443-4757
crawfordmcdonald@aol.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

In re:
WADE R. CROYLE § Case No. 20-21126-GLT
§ Chapter 7
§
§

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 450,000.00 |
| *and approved disbursements of:* | $ 236,013.95 |
| *leaving a balance on hand of[1]:* | $ 213,986.05 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 3 | Americredit Financial Services, Inc | 6,298.58 | 0.00 | 0.00 | 0.00 |
| 4 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 202,702.30 | 204,178.98 | 204,178.98 | 0.00 |
| 5S | Pennsylvania Department of Revenue | 2,752.07 | 2,768.14 | 2,768.14 | 0.00 |
| 7 | Township of Hampton | 124.20 | 127.65 | 127.65 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 213,986.05 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Rosemary Crawford | 25,304.32 | 0.00 | 25,304.32 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Expenses - Rosemary Crawford | 55.40 | 0.00 | 55.40 |
| Attorney for Trustee Fees - Rosemary C. Crawford | 5,557.50 | 0.00 | 5,557.50 |
| Attorney for Trustee, Expenses - Rosemary C. Crawford | 121.75 | 0.00 | 121.75 |
| Charges, U.S. Bankruptcy Court | 188.00 | 0.00 | 188.00 |

Total to be paid for chapter 7 administrative expenses: $ 31,226.97
Remaining balance: $ 182,759.08

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Thompson Law Group PC | 3,211.81 | 0.00 | 3,211.81 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Thompson Law Group PC | 25.50 | 0.00 | 25.50 |

Total to be paid for prior chapter administrative expenses: $ 3,237.31
Remaining balance: $ 179,521.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $100,613.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Pennsylvania Department of Revenue | 5,117.00 | 0.00 | 5,117.00 |
| 8 | Township of Hampton and Hampton Township SD | 521.19 | 0.00 | 521.19 |
| 9P | Internal Revenue Service | 94,974.82 | 0.00 | 94,974.82 |

Total to be paid for priority claims: $ 100,613.01
Remaining balance: $ 78,908.76

**UST Form 101-7-NFR (10/1/2010)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,314.61 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 4,168.39 | 0.00 | 4,168.39 |
| 2 | Peoples Natural Gas Company LLC | 0.00 | 0.00 | 0.00 |
| 5P3` | VOID | 0.00 | 0.00 | 0.00 |
| 5U | Pennsylvania Department of Revenue | 6,881.42 | 0.00 | 6,881.42 |
| 6 | Duquesne Light Company | 630.06 | 0.00 | 630.06 |
| 8 | Township of Hampton and Hampton Township SD | 268.27 | 0.00 | 268.27 |
| 9u2 | Internal Revenue Service | 2,366.47 | 0.00 | 2,366.47 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 14,314.61 |
| Remaining balance: | $ 64,594.15 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 64,594.15 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $45,827.03 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 86.1 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P4 | Pennsylvania Department of Revenue | 2,996.66 | 0.00 | 2,579.28 |
| 5p2 | Pennsylvania Department of Revenue | 253.67 | 0.00 | 218.34 |
| 8 | Township of Hampton and Hampton Township SD | 268.28 | 0.00 | 230.91 |
| 9U | Internal Revenue Service | 42,308.42 | 0.00 | 36,415.62 |

Total to be paid for subordinated claims: $ 39,444.15
Remaining balance: $ 25,150.00

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/ Rosemary C. Crawford
Trustee, Bar No.: 56981

Rosemary Crawford
P.O. Box 355
Allison Park, PA 15101
(724) 443-4757
crawfordmcdonald@aol.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 20-21126-GLT
Wade R. Croyle     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Mar 20, 2024     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wade R. Croyle, 2380 Delo Drive, Gibsonia, PA 15044-9100 |
| br | + | Donna Fischer, Berkshire Hathaway HomeServices, 9840 Old Perry HIghway, Wexford, PA 15090-9311 |
| cr | + | Office of Attorney General, Department of Revenue, Lauren A. Michaels, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, suite 4000, Pittsburgh, PA 15219 U.S.A. 15219-1956 |
| 15224071 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |
| 15224075 | | Peter Wapner, Esquire, 1617 JKF Blvd., Ste 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 21 2024 00:14:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 21 2024 00:14:00 | Township of Hampton, GRB L:aw, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Mar 21 2024 00:14:00 | Township of Hampton & Hampton Township School Dist, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 15224069 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 21 2024 00:14:00 | Americredit Financial Services, Inc, DBA GM Financial, PO Box 183853, Arlington, TX 76096 |
| 15224070 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2024 00:32:39 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 15227197 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 21 2024 00:32:13 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15248197 | + | Email/Text: kburkley@bernsteinlaw.com | Mar 21 2024 00:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15423957 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 21 2024 00:14:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15224072 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2024 00:14:00 | New Penn Financial LLC, 55 Beattie Place Suite 110, Mail Stop 005, Greenville, SC 29601-5115 |
| 15245234 | | Email/Text: mtgbk@shellpointmtg.com | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 21 2024 00:14:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 15224073 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 21 2024 00:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15224074 | ^ | MEBN | Mar 21 2024 00:11:03 | Peoples Gas, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 15230070 | + | Email/Text: ebnpeoples@grblaw.com | Mar 21 2024 00:14:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15224076 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 21 2024 00:14:00 | Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 15266362 | + | Email/Text: ebnjts@grblaw.com | Mar 21 2024 00:14:00 | Township of Hampton, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15224077 | + | Email/Text: ebnjts@grblaw.com | Mar 21 2024 00:14:00 | Township of Hampton, c/o Goehring, Ruuter & Boehm, 437 Grant Streetm 14th Floor, Pittsburgh, PA 15219-6101 |
| 15266365 | + | Email/Text: ebnjts@grblaw.com | Mar 21 2024 00:14:00 | Township of Hampton and Hampton Township SD, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15235472 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 22, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2024 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Mar 20, 2024 | Form ID: pdf900 | Total Noticed: 23 |

Brian C. Thompson
    on behalf of Debtor Wade R. Croyle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Brian E. Caine
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com

Denise Carlon
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com

Jeffrey Hunt
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Township of Hampton jhunt@grblaw.com

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Lauren Michaels
    on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
    crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor Americredit Financial Services  Inc. Dba GM Financial wcraig@egalawfirm.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14