# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Wade R. Croyle | ) | Case No. 20-21126-GLT |
| | ) | |
| Debtor | ) | Chapter 7 |
| | ) | |
| Rosemary Crawford, | ) | |
| | ) | Hearing Date: May 9, 2024 @ 10:30 am |
| Trustee Applicant, | ) | Related Doc: 178, 179, 180, 181 |
| No Respondent. | ) | |

### *Certificate Of No Objection*

The undersigned hereby certifies that, as of the date hereof, no objection to the Trustee's Final Report filed on 3/15/2024 at Docket No. 178 and Applications for Compensation, filed on 3/19/2024 at Docket Nos. 179 and 180, which had a Notice of Final Report ("NFR") filed on 3/19/2024 at Docket No. 181 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the NFR and related documents appears thereon.  Pursuant to the NFR, objections were to be filed and served no later than 4/12/2024.   It is hereby respectfully requested that the Orders approving the Trustee's Final Report and Application for Compensation be entered by the Court.

Date: April 16, 2024

    Respectfully submitted,
    /s/ Rosemary Crawford
    Rosemary Crawford, Trustee
    Crawford McDonald, LLC
    P.O. Box 355
    Allison Park, PA 15101
    Pa. I.D. 56981
    (724) 443-4757
    crawfordmcdonald@aol.com