FILED
4/17/24 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  WESTERN DISTRICT OF PENNSYLVANIA
WESTERN DISTRICT OF PENNSYLVANIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Wade R. Croyle | ) | Case No. 20-21126-GLT |
| | ) | |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| Rosemary Crawford, | ) | Doc. No.  178 |
| Trustee Movant. | ) | |
| | ) | |
| NO RESPONDENT | ) | |

## ORDER OF DISTRIBUTION

AND NOW, this 17th day of  April        , 2024, the Trustee, Rosemary Crawford, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

In the event that the Trustee is notified that a debt for which a valid Proof of Claim was filed has been otherwise satisfied, either in full or in part, and the funds paid to any such creditor are returned to the Trustee, the Trustee may distribute the funds so returned in the same manner as approved by this Order, except that the Trustee shall not distribute any funds in connection with the claim with regard to which said funds have been returned to the Trustee.

Prepared by:   Rosemary Crawford, Esq.

**DEFAULT ENTRY**

Dated: April 17, 2024

Gregory  Taddonio    hct
Chief United States Bankruptcy Judge

TRUSTEE'S PROPOSED RE-DISTRIBUTION

Exhibit D

Case No:        20-21126-GLT
Case Name:    Wade R. Croyle
Trustee Name: Rosemary Crawford

**Balance on hand:** $        213,986.05

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 202,702.30 | 204,178.98 | 204,178.98 | 0.00 |
| 5S | Pennsylvania Department of Revenue | 2,752.07 | 2,768.14 | 2,768.14 | 0.00 |
| 7 | Township of Hampton | 124.20 | 127.65 | 127.65 | 0.00 |
| EXEMP | WADE CROYLE | 25,150.00 | 25,150.00 | 0.00 | 25,150.00 |

Total to be paid to secured creditors:        $        25,150.00

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Rosemary Crawford | 25,304.32 | 0.00 | 25,304.32 |
| Rosemary Crawford | 55.40 | 0.00 | 55.40 |
| Clerk, U.S. Bankruptcy Court | 188.00 | 0.00 | 188.00 |
| Rosemary C. Crawford | 5,557.50 | 0.00 | 5,557.50 |
| Rosemary C. Crawford | 121.75 | 0.00 | 121.75 |

Total to be paid for prior chapter administration expenses:        $        31,226.97

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Thompson Law Group PC | 8,250.00 | 0.00 | 3,211.81 |
| Thompson Law Group PC | 25.50 | 0.00 | 25.50 |

Total to be paid for chapter 7 administration expenses:        $        3,237.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | Pennsylvania Department of Revenue | 5,117.00 | 0.00 | 5,117.00 |
| 8 | Township of Hampton and Hampton Township SD | 521.19 | 0.00 | 521.19 |
| 9P | Internal Revenue Service | 94,974.82 | 0.00 | 94,974.82 |

Total to be paid for priority claims:    $    100,613.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be: 60.31 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 4,168.39 | 0.00 | 4,168.39 |
| 5U | Pennsylvania Department of Revenue | 6,881.42 | 0.00 | 6,881.42 |
| 6 | Duquesne Light Company | 630.06 | 0.00 | 630.06 |
| 8 | Township of Hampton and Hampton Township SD | 268.27 | 0.00 | 268.27 |
| 9u2 | Internal Revenue Service | 2,366.47 | 0.00 | 2,366.47 |
| 5p2 | Pennsylvania Department of Revenue | 253.67 | 0.00 | 218.34 |
| 5P4 | Pennsylvania Department of Revenue | 2,996.66 | 0.00 | 2,579.28 |
| 8 | Township of Hampton and Hampton Township SD | 268.28 | 0.00 | 230.91 |
| 9U | Internal Revenue Service | 42,308.42 | 0.00 | 36,415.62 |

Total to be paid for timely general unsecured claims:    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

Total to be paid for tardy general unsecured claims:     $ _____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 86.07 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5p2 | Pennsylvania Department of Revenue | 253.67 | 0.00 | 218.34 |
| 5P4 | Pennsylvania Department of Revenue | 2,996.66 | 0.00 | 2,579.28 |
| 8 | Township of Hampton and Hampton Township SD | 268.28 | 0.00 | 230.91 |
| 9U | Internal Revenue Service | 42,308.42 | 0.00 | 36,415.62 |

Total to be paid for tardy general unsecured claims:     $ _____ 0.00

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Date: __February 21, 2024__          Signed:   /s/ Rosemary Crawford _____
                                                Rosemary Crawford, Trustee
                                                P.O. Box 355
                                                Allison Park, PA 15101
                                                (724) 443-4757

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Case No. 20-21126-GLT

Wade R. Croyle
Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 17, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Wade R. Croyle, 2380 Delo Drive, Gibsonia, PA 15044-9100 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2024          Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Wade R. Croyle bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Brian E. Caine | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

District/off: 0315-2    User: auto    Page 2 of 2
Date Rcvd: Apr 17, 2024    Form ID: pdf900    Total Noticed: 1

Jeffrey R. Hunt
on behalf of Creditor Township of Hampton & Hampton Township School District jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor Township of Hampton jhunt@grblaw.com

Jill Locnikar
on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov,
patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren Michaels
on behalf of Creditor Office of Attorney General  Department of Revenue lmichaels@attorneygeneral.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
crawfordmcdonald@aol.com  PA68@ecfcbis.com

Rosemary C. Crawford
on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
on behalf of Creditor Americredit Financial Services  Inc. Dba GM Financial wcraig@egalawfirm.com,
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14