**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Western District of Pennsylvania DIVISION**

| | | |
|---|---|---|
| In re: | | |
| WADE R. CROYLE, | § | Case No. 20-21126-GLT |
| Debtor, | § | Chapter 7 |
| | § | |
| ROSEMARY CRAWFORD, | § | |
| Trustee,, | § | |
| | § | |
| NO RESPONDENTS. | § | |
| | § | |
| | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Rosemary Crawford, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $25,335.00 | Assets Exempt: | $30,025.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $361,446.54 | Claims Discharged Without Payment: | $10,635.48 |
| Total Expenses of Administration: | $63,403.46 | | |

3) Total gross receipts of $450,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $25,150.00 (see **Exhibit 2**), yielded net receipts of $424,850.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $195,527.00 | $211,877.15 | $207,074.77 | $207,074.77 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $60,166.15 | $60,166.15 | $60,166.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $8,275.50 | $3,237.31 | $3,237.31 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $17,349.00 | $100,613.01 | $100,613.01 | $100,613.01 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $4,289.97 | $61,345.08 | $60,141.64 | $53,758.76 |
| **TOTAL DISBURSEMENTS** | $217,165.97 | $442,276.89 | $431,232.88 | $424,850.00 |

4) This case was originally filed under chapter 13 on 03/27/2020, and it was converted to chapter 7 on 03/31/2023. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2024         By: /s/ Rosemary Crawford
                                     Trustee, Bar No.: 56981

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2380 DELO DRIVE, GIBSONIA, PA | 1110-000 | $450,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$450,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WADE CROYLE | Distribution payment - Dividend paid at 100.00% of $25,150.00; Claim # EXEMP; Filed: $25,150.00 | 8100-002 | $25,150.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$25,150.00** |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Americredit Financial Services, Inc | 4210-000 | $0.00 | $6,298.58 | $0.00 | $0.00 |
| 4 | NewRez LLC d/b/a Shellpoint Mortgage Servicing | 4110-000 | $0.00 | $202,702.30 | $204,178.98 | $204,178.98 |
| 5S | Pennsylvania Department of Revenue | 4800-000 | $0.00 | $2,752.07 | $2,768.14 | $2,768.14 |
| 7 | Township of Hampton | 4800-000 | $0.00 | $124.20 | $127.65 | $127.65 |
| N/F | Americredit Financial Services, Inc | 4110-000 | $6,155.00 | NA | NA | NA |
| N/F | Shellpoint Mortgage Servicing | 4110-000 | $188,466.00 | NA | NA | NA |
| N/F | Township of Hampton | 4110-000 | $906.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$195,527.00** | **$211,877.15** | **$207,074.77** | **$207,074.77** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Rosemary Crawford | 2100-000 | NA | $25,304.32 | $25,304.32 | $25,304.32 |
| Trustee, Expenses - Rosemary Crawford | 2200-000 | NA | $55.40 | $55.40 | $55.40 |
| Attorney for Trustee Fees - Rosemary C. Crawford | 3110-000 | NA | $5,557.50 | $5,557.50 | $5,557.50 |
| Attorney for Trustee, Expenses - Rosemary C. Crawford | 3120-000 | NA | $121.75 | $121.75 | $121.75 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $188.00 | $188.00 | $188.00 |
| Costs re Sale of Property (closing costs, etc.) - Allegheny County Bar Association | 2500-000 | NA | $97.50 | $97.50 | $97.50 |
| Costs re Sale of Property (closing costs, etc.) - Barristers Land Abstract | 2500-000 | NA | $22.45 | $22.45 | $22.45 |
| Costs re Sale of Property (closing costs, etc.) - Barristers Land Abstract | 2500-000 | NA | $693.54 | $693.54 | $693.54 |
| Costs re Sale of Property (closing costs, etc.) - Pittsburgh Post-Gazette | 2500-000 | NA | $78.65 | $78.65 | $78.65 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $217.42 | $217.42 | $217.42 |
| Other State or Local Taxes (post-petition) - Allegheny Co. Dept. of Real Estate | 2820-000 | NA | $270.54 | $270.54 | $270.54 |
| Other Chapter 7 Administrative Expenses - Hampton Shaler Water Authority | 2990-000 | NA | $164.08 | $164.08 | $164.08 |
| Realtor for Trustee Fees - Berkshire Hathaway | 3510-000 | NA | $27,395.00 | $27,395.00 | $27,395.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$60,166.15** | **$60,166.15** | **$60,166.15** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm) - Thompson Law Group PC | 6210-000 | NA | $8,250.00 | $3,211.81 | $3,211.81 |
| Prior Chapter Attorney for Trustee/DIP Expenses (Other Firm) - Thompson Law Group PC | 6220-000 | NA | $25.50 | $25.50 | $25.50 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$8,275.50** | **$3,237.31** | **$3,237.31** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Pennsylvania Department of Revenue | 5800-000 | $0.00 | $5,117.00 | $5,117.00 | $5,117.00 |
| 8 | Township of Hampton and Hampton Township SD | 5800-000 | $0.00 | $521.19 | $521.19 | $521.19 |
| 9P | Internal Revenue Service | 5800-000 | $0.00 | $94,974.82 | $94,974.82 | $94,974.82 |
| N/F | Pennsylvania Department of Revenue | 5800-000 | $17,349.00 | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$17,349.00** | **$100,613.01** | **$100,613.01** | **$100,613.01** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | $0.00 | $4,168.39 | $4,168.39 | $4,168.39 |
| 2 | Peoples Natural Gas Company LLC | 7100-000 | $0.00 | $610.11 | $0.00 | $0.00 |
| 5P3` | VOID | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5P4 | Pennsylvania Department of Revenue | 7300-000 | $0.00 | $3,589.99 | $2,996.66 | $2,579.28 |
| 5U | Pennsylvania Department of Revenue | 7100-000 | $0.00 | $6,881.42 | $6,881.42 | $6,881.42 |
| 5p2 | Pennsylvania Department of Revenue | 7300-000 | $0.00 | $253.67 | $253.67 | $218.34 |
| 6 | Duquesne Light Company | 7100-000 | $0.00 | $630.06 | $630.06 | $630.06 |
| 8 | Township of Hampton and Hampton Township SD | 7100-000 | $0.00 | $268.27 | $268.27 | $268.27 |
| 8 | Township of Hampton and Hampton Township SD | 7300-000 | $0.00 | $268.28 | $268.28 | $230.91 |
| 9U | Internal Revenue Service | 7300-000 | $0.00 | $42,308.42 | $42,308.42 | $36,415.62 |
| 9u2 | Internal Revenue Service | 7100-000 | $0.00 | $2,366.47 | $2,366.47 | $2,366.47 |
| N/F | Capital One | 7100-000 | $4,168.00 | NA | NA | NA |
| N/F | Duquesne Light Company | 7100-000 | $64.71 | NA | NA | NA |
| N/F | Peoples Gas | 7100-000 | $57.26 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$4,289.97** | **$61,345.08** | **$60,141.64** | **$53,758.76** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 20-21126-GLT | Trustee Name: | (580750) Rosemary Crawford |
|---|---|---|---|
| Case Name: | WADE R. CROYLE | Date Filed (f) or Converted (c): | 03/31/2023 (c) |
| | | § 341(a) Meeting Date: | 05/15/2023 |
| For Period Ending: | 06/26/2024 | Claims Bar Date: | 06/09/2023 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2380 DELO DRIVE, GIBSONIA, PA | 281,700.00 | 235,478.00 | | 450,000.00 | FA |
| 2 | 2010 CADILLAC SRX | 5,250.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD TOOLS | 175.00 | 0.00 | | 0.00 | FA |
| 5 | LAWN MOWER AND GARDEN TOOLS | 150.00 | 0.00 | | 0.00 | FA |
| 6 | ELECTRONICS | 375.00 | 0.00 | | 0.00 | FA |
| 7 | COMPUTER | 250.00 | 0.00 | | 0.00 | FA |
| 8 | EXERCISE EQUIPMENT | 200.00 | 0.00 | | 0.00 | FA |
| 9 | BICYCLE | 100.00 | 0.00 | | 0.00 | FA |
| 10 | CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 11 | PET | 0.00 | 0.00 | | 0.00 | FA |
| 12 | CASH | 35.00 | 0.00 | | 0.00 | FA |
| 13 | CHECKING ACCOUNT  ( PNC BANK) | 15,000.00 | 0.00 | | 0.00 | FA |
| 14 | SAVINGS ACCOUNT  (PNC BANK) | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | Assets Totals (Excluding unknown values) | $307,035.00 | $235,478.00 | | $450,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  06/01/2024     **Current Projected Date Of Final Report (TFR):**  12/06/2023 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 20-21126-GLT | Trustee Name: | Rosemary Crawford (580750) |
|---|---|---|---|
| Case Name: | WADE R. CROYLE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1963 | Account #: | ******7559 Checking Account |
| For Period Ending: | 06/26/2024 | Blanket Bond (per case limit): | $10,301,556.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/07/23 | {1} | FAYE C VENTURA | DEPOSIT FOR REAL ESTATE SALE | 1110-000 | 10,000.00 | | 10,000.00 |
| 07/27/23 | 101 | Pittsburgh Post-Gazette | advertising for real estate sale | 2500-000 | | 78.65 | 9,921.35 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 10.14 | 9,911.21 |
| 08/08/23 | 102 | Allegheny County Bar Association | AD for sale of real estate | 2500-000 | | 97.50 | 9,813.71 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 17.41 | 9,796.30 |
| 09/13/23 | | BARRISTERS LAND ABSTRACT CO | FUNDS FROM REAL ESTATE SALE ON DELO docket no. 167 | | 204,379.62 | | 214,175.92 |
| | | Pennsylvania Department of Revenue | Payoff of Second Mortgage PA Revenue  -$2,768.14 | 4800-000 | | | |
| | {1} | Faye Ventura and Jonathon Peters | Sale Price of Property  $450,000.00 | 1110-000 | | | |
| | {1} | Faye Ventura and Jonathon Peters | Deposit of Ernest Money  -$10,000.00 | 1110-000 | | | |
| | | Barristers Land Abstract | Document Preparation  -$250.00 | 2500-000 | | | |
| | | Barristers Land Abstract | Lien Letter Reimbursement  -$125.04 | 2500-000 | | | |
| | | Barristers Land Abstract | Notary Fee  -$25.00 | 2500-000 | | | |
| | | Barristers Land Abstract | Overnight/UPS Payoff  -$22.45 | 2500-000 | | | |
| | | Barristers Land Abstract | Settlement Fee  -$250.00 | 2500-000 | | | |
| | | Barristers Land Abstract | UPS-Return Seller Documents  -$18.50 | 2500-000 | | | |
| | | Barristers Land Abstract | Wire-Fees - Mortgage Payoff  -$25.00 | 2500-000 | | | |
| | | Berkshire Hathaway | Real Estate Commission  -$13,500.00 | 3510-000 | | | |
| | | Berkshire Hathaway | Real Estate Commission-Broker Fee  -$395.00 | 3510-000 | | | |
| | | Berkshire Hathaway | Real Estate Commission-Listing  -$13,500.00 | 3510-000 | | | |
| | | Allegheny Co. Dept. of Real Estate | Transfer Tax  -$270.54 | 2820-000 | | | |
| | | NewRez LLC d/b/a Shellpoint Mortgage Servicing | Payoff of First Mortgage  -$204,178.98 | 4110-000 | | | |
| | | Township of Hampton | Current Stormwater Fee  -$127.65 | 4800-000 | | | |

Page Subtotals:    $214,379.62    $203.70

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 20-21126-GLT | Trustee Name: | Rosemary Crawford (580750) |
|---|---|---|---|
| Case Name: | WADE R. CROYLE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1963 | Account #: | ******7559 Checking Account |
| For Period Ending: | 06/26/2024 | Blanket Bond (per case limit): | $10,301,556.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Hampton Shaler Water Authority | Est. Water/Sewage Fee -$164.08 | 2990-000 | | | |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fee | 2600-000 | | 189.87 | 213,986.05 |
| 04/18/24 | 103 | WADE CROYLE | Distribution payment - Dividend paid at 100.00% of $25,150.00; Claim # EXEMP; Filed: $25,150.00 | 8100-002 | | 25,150.00 | 188,836.05 |
| 04/18/24 | 104 | Rosemary C. Crawford | Distribution payment - Dividend paid at 100.00% of $121.75; Claim # AE; Filed: $121.75 | 3120-000 | | 121.75 | 188,714.30 |
| 04/18/24 | 105 | Rosemary Crawford | Distribution payment - Dividend paid at 100.00% of $25,304.32; Claim # FEE; Filed: $25,304.32 | 2100-000 | | 25,304.32 | 163,409.98 |
| 04/18/24 | 106 | Rosemary Crawford | Distribution payment - Dividend paid at 100.00% of $55.40; Claim # TE; Filed: $55.40 | 2200-000 | | 55.40 | 163,354.58 |
| 04/18/24 | 107 | Rosemary C. Crawford | Distribution payment - Dividend paid at 100.00% of $5,557.50; Claim # ; Filed: $5,557.50 | 3110-000 | | 5,557.50 | 157,797.08 |
| 04/18/24 | 108 | Clerk, U.S. Bankruptcy Court | Distribution payment - Dividend paid at 100.00% of $188.00; Claim # ; Filed: $188.00 | 2700-000 | | 188.00 | 157,609.08 |
| 04/18/24 | 109 | Thompson Law Group PC | Distribution payment - Dividend paid at 100.00% of $3,211.81; Claim # ; Filed: $8,250.00 | 6210-000 | | 3,211.81 | 154,397.27 |
| 04/18/24 | 110 | Thompson Law Group PC | Distribution payment - Dividend paid at 100.00% of $25.50; Claim # ; Filed: $25.50 | 6220-000 | | 25.50 | 154,371.77 |
| 04/18/24 | 111 | Pennsylvania Department of Revenue | Distribution payment - Dividend paid at 100.00% of $5,117.00; Claim # 5P; Filed: $5,117.00 | 5800-000 | | 5,117.00 | 149,254.77 |
| 04/18/24 | 112 | Township of Hampton and Hampton Township SD | Distribution payment - Dividend paid at 100.00% of $521.19; Claim # 8; Filed: $521.19 | 5800-000 | | 521.19 | 148,733.58 |
| 04/18/24 | 113 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $94,974.82; Claim # 9P; Filed: $94,974.82 | 5800-000 | | 94,974.82 | 53,758.76 |
| 04/18/24 | 114 | Capital One Bank (USA), N.A. | Distribution payment - Dividend paid at 100.00% of $4,168.39; Claim # 1; Filed: $4,168.39 | 7100-000 | | 4,168.39 | 49,590.37 |
| 04/18/24 | 115 | Pennsylvania Department of Revenue | Distribution payment - Dividend paid at 100.00% of $6,881.42; Claim # 5U; Filed: $6,881.42 | 7100-000 | | 6,881.42 | 42,708.95 |
| 04/18/24 | 116 | Duquesne Light Company | Distribution payment - Dividend paid at 100.00% of $630.06; Claim # 6; Filed: $630.06 | 7100-000 | | 630.06 | 42,078.89 |
| 04/18/24 | 117 | Township of Hampton and Hampton Township SD | Distribution payment - Dividend paid at 100.00% of $268.27; Claim # 8; Filed: $268.27 | 7100-000 | | 268.27 | 41,810.62 |
| 04/18/24 | 118 | Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $2,366.47; Claim # 9u2; Filed: $2,366.47 | 7100-000 | | 2,366.47 | 39,444.15 |
| 04/18/24 | 119 | Pennsylvania Department of Revenue | Distribution payment - Dividend paid at 86.07% of $2,996.66; Claim # 5P4; Filed: $3,589.99 | 7300-000 | | 2,579.28 | 36,864.87 |
| 04/18/24 | 120 | Pennsylvania Department of Revenue | Distribution payment - Dividend paid at 86.07% of $253.67; Claim # 5p2; Filed: $253.67 | 7300-000 | | 218.34 | 36,646.53 |

Page Subtotals:  $0.00   $177,529.39

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)      ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 20-21126-GLT | Trustee Name: | Rosemary Crawford (580750) |
|---|---|---|---|
| Case Name: | WADE R. CROYLE | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***1963 | Account #: | ******7559 Checking Account |
| For Period Ending: | 06/26/2024 | Blanket Bond (per case limit): | $10,301,556.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/18/24 | 121 | Township of Hampton and Hampton Township SD | Distribution payment - Dividend paid at 86.07% of $268.28; Claim # 8; Filed: $268.28 | 7300-000 | | 230.91 | 36,415.62 |
| 04/18/24 | 122 | Internal Revenue Service | Distribution payment - Dividend paid at 86.07% of $42,308.42; Claim # 9U; Filed: $42,308.42 | 7300-000 | | 36,415.62 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 214,379.62 | 214,379.62 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| Subtotal | | 214,379.62 | 214,379.62 | |
| Less: Payments to Debtors | | | 25,150.00 | |
| NET Receipts / Disbursements | | $214,379.62 | $189,229.62 | |

{ } Asset Reference(s)      UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

**Form 2**  Exhibit 9

Page: 4

# Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 20-21126-GLT | **Trustee Name:** | Rosemary Crawford (580750) |
| **Case Name:** | WADE R. CROYLE | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***1963 | **Account #:** | ******7559 Checking Account |
| **For Period Ending:** | 06/26/2024 | **Blanket Bond (per case limit):** | $10,301,556.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7559 Checking Account | $214,379.62 | $189,229.62 | $0.00 |
| | **$214,379.62** | **$189,229.62** | **$0.00** |